SAMUEL CHALSON, Respondent, *v.* LENA CHALSON, Appellant.

(Submitted February 26, 1934; decided March 6, 1934.)

*Herbert F. Christie* for motion.
*William T. Mulcahy* opposed.

Motion granted and appeal dismissed unless within ten days from the entry of the order on this motion an undertaking and case on appeal be served and filed in which event the motion is denied.

In the Matter of HOWARD L. BERRY, Appellant, against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, et al., Respondents.

(Submitted February 26, 1934; decided March 6, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 274.)

In the Matter of EBER BURGEY, Appellant, against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, et al., Respondents.

(Submitted February 26, 1934; decided March 6, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 609.)